

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00739-CV

Robert **VALDEZ**, individually and as administrator of the Estate of Pierre V. Bernard, deceased, and Fidelity and Casualty Company of New York,
Appellants

v.

David **HOLLENBECK**, individually and as the successor administrator of the Estate of Pierre V. Bernard, deceased, Will Francis Baron, John Bernard Baron, Bernard Rae Bernard Box, Daryl Bernard, Marcus Bernard, Barbara Streff Grachek, Pam Streff Myers, Steve Streff, Scott Streff, Yvonne Baron Fischer, Elizabeth Lamar, Kelly Lamar Loeffelholz, Jeanne Mary Lamar, John Lamar, David Lamar, Greg Lamar, Chris Lamar, Eric Lamar, Robert Rogers, Dana Rogers, John Rogers, individually, and Dana Rogers and Sherrie Ann Grogan, in their capacity as joint independent executrix of the Estate of Charles Rogers, deceased,
Appellees

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2006-PC-3799
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against Appellants Robert Valdez, individually and as administrator of the Estate of Pierre V. Bernard, deceased and Fidelity and Casualty Company of New York.

SIGNED April 24, 2013.

_Karen Angelini_
Karen Angelini, Justice